UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jimmy Radford, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Michael J. Astrue, ) | 5:11-CV-347-BO |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion is GRANTED and defendant's motion is DENIED. The decision of the Commissioner is REVERSED and REMANDED for an award of benefits.

**This judgment filed and entered on August 20, 2012, and served on:**

Charlotte Williams Hall (Via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (Via CM/ECF Notice of Electronic Filing)
Michael A. Haar (Via CM/ECF Notice of Electronic Filing)

August 20, 2012 /s/ Julie A. Richards,
Clerk of Court